DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
RAVI T. NARAYAN (IA AT0011948)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/7369
    FAX: (415) 436-7234
    Email: andrew.scoble@usdoj.gov
           ravi.narayan@usdoj.gov

Attorneys for United States of America

**FILED**
MAR 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 19-0280 RS |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ROGELIO BELLOSO ALEMAN, EDWIN ALVARADO AMAYA, LUIS VELIS DIAZ, RONALDY DOMINGUEZ, OSCAR ESPINAL, ELMER RODRIGUEZ, and ALEXIS CRUZ ZEPEDA, | |
| Defendants. | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendants Rogelio Belloso Aleman, Edwin Alvarado Amaya, Luis Velis Diaz, Ronaldy Dominguez, Oscar Espinal, Elmer Rodriguez, and Alexis Cruz Zepeda, before this Court on the date stated in the Writ submitted, or as soon thereafter as

//

//

practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: 3-11-20

Hon. Jacqueline Scott Corley
United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Sheriff Paul M. Miyamoto, San Francisco County Jail No. 4, at 850 Bryant St. San Francisco, California,** and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of ROGELIO BELLOSO ALEMAN, who is in custody at the San Francisco County Jail, before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on March 13, 2020, at 11:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release ROGELIO BELLOSO ALEMAN from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 3/12/2020

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 19-0280 RS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Sheriff Paul M. Miyamoto, San Francisco County Jail No. 4, at 850 Bryant St. San Francisco, California,** and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of EDWIN ALVARADO AMAYA, who is in custody at the San Francisco County Jail, before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on March 13, 2020, at 11:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release EDWIN ALVARADO AMAYA from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 3/12/2020

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Sheriff Paul M. Miyamoto, San Francisco County Jail No. 4, at 850 Bryant St. San Francisco, California,** and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of LUIS VELIS DIAZ, who is in custody at the San Francisco County Jail, before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on March 13, 2020, at 11:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release LUIS VELIS DIAZ from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 3/12/2020

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Sheriff Paul M. Miyamoto, San Francisco County Jail No. 4, at 850 Bryant St. San Francisco, California,** and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of RONALDY DOMINGUEZ, who is in custody at the San Francisco County Jail, before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on March 13, 2020, at 11:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release RONALDY DOMINGUEZ from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 3/12/2020

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Sheriff Paul M. Miyamoto, San Francisco County Jail No. 4, at 850 Bryant St. San Francisco, California,** and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of OSCAR ESPINAL, who is in custody at the San Francisco County Jail, before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on March 13, 2020, at 11:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release OSCAR ESPINAL from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 3/12/2020

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. CR 19-0280 RS

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Sheriff Paul M. Miyamoto, San Francisco County Jail No. 4, at 850 Bryant St. San Francisco, California,** and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of ELMER RODRIGUEZ, who is in custody at the San Francisco County Jail, before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on March 13, 2020, at 11:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release ELMER RODRIGUEZ from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 3/2/2020

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and Sheriff Paul M. Miyamoto, San Francisco County Jail No. 4, at 850 Bryant St. San Francisco, California,** and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of ALEXIS CRUZ ZEPEDA, who is in custody at the San Francisco County Jail, before the Honorable Jacqueline Scott Corley, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102, on March 13, 2020, at 11:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release ALEXIS CRUZ ZEPEDA from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 3/12/2020

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK