DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW SCOBLE (CABN 124940)
RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7249/7369
 Fax: (415) 436-7234
 Email: andrew.scoble@usdoj.gov
 Email: ravi.narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 19-0280 RS |
|    Plaintiff, | |
|   v. | **EXHIBITS TO WRITTEN PROFFER IN SUPPORT OF GOVERNMENT'S MOTION FOR DETENTION AS TO ALL DEFENDANTS** |
| (1) ROGELIO BELLOSO ALEMAN, a/k/a "Smiley," | |
| (2) EDWIN ALVARADO AMAYA, a/k/a "Muerte," | |
| (3) FERNANDO ROMERO BONILLA, a/k/a "Black," | |
| (4) KENNETH CAMPOS, a/k/a "Nesio," | |
| (5) EVERT GALDAMEZ CISNEROS, a/k/a "Talentoso," | |
| (6) LUIS VELIS DIAZ, a/k/a "Popa," | |
| (7) RONALDY DOMINGUEZ, a/k/a "Smokey," | |
| (8) OSCAR ESPINAL, a/k/a "Chuy," | |
| (9) WILFREDO IRAHETA LANDAVERDE, a/k/a "Wally," | |
| (10) KEVIN REYES MELENDEZ, a/k/a "Neutron," | |
| (11) MISSAEL MENDOZA, | |
| (12) CHRISTIAN QUINTANILLA, | |
| (13) ELMER RODRIGUEZ, | |

1       a/k/a "Gordo,"             )
   (14) MARVIN OSEGUEDA SARAVIA,    )

2       a/k/a "Chiquis,"          )
   (15) KEVIN RAMIREZ VALENCIA,     )

3       a/k/a "Delincuente,"     )
   (16) ALEXIS CRUZ ZEPEDA,      )

4       a/k/a "Zorro," and        )
   (17) KEVIN GUATEMALA ZEPEDA,    )

5       a/k/a "Mision,"           )
                         )

6                          )
         Defendants.         )

7                          )
_____)

8

9             **<u>MANUAL FILING NOTIFICATION</u>**

10

11 Regarding: EXHIBITS TO WRITTEN PROFFER IN SUPPORT OF GOVERNMENT'S MOTION

12 FOR DETENTION AS TO ALL DEFENDANTS

13      This filing is in paper or physical form only, and is being maintained in the case file in the

14 Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

15      For information on retrieving this filing directly from the court, please see the court's main web

16 site at  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

17 This filing was not e-filed for the following reason(s):

18         [ ] Voluminous Document (PDF file size larger than the e-filing system allows)

19         [_] Unable to Scan Documents

20         [  ] Physical Object (description):

21         [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

22         [_] Item Under Seal

23

24         [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

25         [_] Other (description):

26 //

27 //

28 //

1    DATED:  March 13, 2020                          DAVID L. ANDERSON
                                                      United States Attorney
2

3                                                             _/s/_
                                                     _____
4                                                    ANDREW SCOBLE
                                                     RAVI T. NARAYAN
5                                                    Assistant United States Attorneys

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28