DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
ASEEM PADUKONE (CABN 298812)
RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/6401/7369
    Fax: (415) 436-7234
    Email: andrew.scoble@usdoj.gov
    Email: aseem.padukone@usdoj.gov
    Email: ravi.narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0280 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM NOVEMBER 17, 2020 THROUGH JANUARY 26, 2021 AND ORDER |
| v. | |
| ROGELIO BELLOSO ALEMAN, et al., | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for all defendants that time be excluded under the Speedy Trial Act from November 17, 2020 through January 26, 2021.

The parties appeared before the district court for a status conference on November 17, 2020. This was the third district court appearance before this Court in which all of the defendants' counsel or their representatives appeared. Due to the ongoing public health emergency and the corresponding rules and procedures set forth in General Orders 72, 73, and 74, the hearing was conducted by Zoom videoconference without the defendants present. At the hearing, the government reported that its latest

productions included body-worn camera footage and additional investigative reports.  The government reported that it intended to develop a system to identify pertinent materials to aid defense counsel due to the voluminous discovery produced in this case.  This included producing cell phone extraction forensic reports on a rolling basis as well as jail call summaries that it possessed.  The parties reported that they were scheduled to appear before Judge Hixson for a discovery status conference on December 10.  At the end of the hearing, the Court set the matter for further status on January 26, 2021, at 10:00 a.m. via Zoom.

Because the discovery process is ongoing, the government and counsel for the defendants agree that time should be excluded under the Speedy Trial Act so that defense counsel may prepare, including by reviewing discovery and making arrangements to consult with their clients.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further agree that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).  For these reasons and as further stated on the record during court appearances, the parties stipulate and agree that excluding time should be excluded under the Speedy Trial Act through January 26, 2021.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  December 9, 2020

       /s/
ANDREW M. SCOBLE
ASEEM PADUKONE
RAVI T. NARAYAN
Assistant United States Attorneys

DATED:  December 9, 2020

       /s/
GEORGE BOISSEAU
Counsel for Rogelio Belloso Aleman

DATED:  December 9, 2020

       /s/
PETER ARIAN
Counsel for Edwin Alvarado Amaya

DATED:  December 9, 2020

       /s/
ERICK GUZMAN
Counsel for Fernando Romero Bonilla

| | |
|---|---|
| DATED:  December 9, 2020 |         /s/                  <br>KENNETH WINE<br>Counsel for Kenneth Campos |
| DATED:  December 9, 2020 |         /s/                  <br>BRIAN BERSON<br>Counsel for Evert Galdamez Cisneros |
| DATED:  December 9, 2020 |         /s/                  <br>JEFFREY BORNSTEIN, CAROLINE JACKSON<br>Counsel for Luis Velis Diaz |
| DATED:  December 9, 2020 |         /s/                  <br>ALAN DRESSLER<br>Counsel for Ronaldy Dominguez |
| DATED:  December 9, 2020 |         /s/                  <br>SHAFFY MOEEL<br>Counsel for Oscar Espinal |
| DATED:  December 9, 2020 |         /s/                  <br>NAOMI CHUNG<br>Counsel for Wilfredo Iraheta Landaverde |
| DATED:  December 9, 2020 |         /s/                  <br>ROBERT WAGGENER<br>Counsel for Kevin Reyes Melendez |
| DATED:  December 9, 2020 |         /s/                  <br>K. ALEXANDRA MCCLURE<br>Counsel for Missael Mendoza |
| DATED:  December 9, 2020 |         /s/                  <br>JOANNA SHERIDAN<br>Counsel for Christian Quintanilla |
| DATED:  December 9, 2020 |         /s/                  <br>MARTIN SABELLI, RICHARD HULLINGER<br>Counsel for Elmer Rodriguez |
| DATED:  December 9, 2020 |         /s/                  <br>CHARLES WOODSON<br>Counsel for Marvin Osegueda Saravia |
| DATED:  December 9, 2020 |         /s/                  <br>MARK VERMEULEN<br>Counsel for Kevin Ramirez Valencia |
| DATED:  December 9, 2020 |         /s/                  <br>GREGOR GUY-SMITH<br>Counsel for Alexis Cruz Zepeda |
| DATED:  December 9, 2020 |         /s/                  <br>DENA YOUNG<br>Counsel for Kevin Guatemala Zepeda |

# ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from November 17, 2020 through January 26, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)7)(B)(ii).

The Court concludes that the ends of justice served by excluding the time from November 17, 2020 through January 26, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 17, 2020 through January 26, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: December 9, 2020

HON. RICHARD SEEBORG
United States District Judge