STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Criminal, Division Chief

ANDREW M. SCOBLE (CABN 124940)
ASEEM PADUKONE (CABN 298812)
RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7249/6401/7369
    Fax: (415) 436-7234
    Email: andrew.scoble@usdoj.gov
    Email: aseem.padukone@usdoj.gov
    Email: ravi.narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0280 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MAY 17, 2021 THROUGH JULY 19, 2021 AND ORDER |
| v. | |
| ROGELIO BELLOSO ALEMAN, et al., | |
| Defendants. | |

It is hereby stipulated by and between counsel for the United States and counsel for all defendants that time be excluded under the Speedy Trial Act from May 17, 2021 through July 19, 2021.

The parties appeared before the district court for a status conference on May 17, 2021. This was the seventh district court appearance before this Court in which all of the defendants' counsel or their representatives appeared. Due to the ongoing public health emergency and the corresponding rules and procedures set forth in General Orders 72, 73, and 74, the hearing was conducted by Zoom videoconference without the defendants present. At the end of the hearing, the Court set the matter for further status on July 19, 2021, at 10:00 a.m. via Zoom and requested that the parties submit a proposed

order regarding the exclusion of time under the Speedy Trial Act.

Because the discovery process is ongoing, the government and counsel for the defendants agree that time should be excluded under the Speedy Trial Act so that defense counsel may prepare, including by reviewing discovery and making arrangements to consult with their clients. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further agree that this case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii). For these reasons and as further stated on the record during court appearances, the parties stipulate and agree that time should be excluded under the Speedy Trial Act through July 19, 2021.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 9, 2021
/s/
ANDREW M. SCOBLE
ASEEM PADUKONE
Assistant United States Attorneys

DATED: July 9, 2021
/s/
GEORGE BOISSEAU
Counsel for Rogelio Belloso Aleman

DATED: July 9, 2021
/s/
PETER ARIAN
Counsel for Edwin Alvarado Amaya

DATED: July 9, 2021
/s/
ERICK GUZMAN
Counsel for Fernando Romero Bonilla

DATED: July 9, 2021
/s/
KENNETH WINE
Counsel for Kenneth Campos

DATED: July 9, 2021
/s/
BRIAN BERSON
Counsel for Evert Galdamez Cisneros

DATED: July 9, 2021
/s/
JEFFREY BORNSTEIN, CAROLINE JACKSON

|   |                          |                                                              |
|---|--------------------------|--------------------------------------------------------------|
| 1 |                          | Counsel for Luis Velis Diaz                                  |
| 2 | DATED: July 9, 2021      | /s/                                                          |
| 3 |                          | ALAN DRESSLER<br>Counsel for Ronaldy Dominguez               |
| 4 | DATED: July 9, 2021      | /s/                                                          |
| 5 |                          | SHAFFY MOEEL<br>Counsel for Oscar Espinal                    |
| 6 | DATED: July 9, 2021      | /s/                                                          |
| 7 |                          | NAOMI CHUNG<br>Counsel for Wilfredo Iraheta Landaverde       |
| 8 | DATED: July 9, 2021      | /s/                                                          |
| 9 |                          | ROBERT WAGGENER<br>Counsel for Kevin Reyes Melendez          |
| 10| DATED: July 9, 2021      | /s/                                                          |
| 11|                          | JOANNA SHERIDAN<br>Counsel for Christian Quintanilla         |
| 12| DATED: July 9, 2021      | /s/                                                          |
| 13|                          | MARTIN SABELLI, RICHARD HULLINGER<br>Counsel for Elmer Rodriguez |
| 14| DATED: July 9, 2021      | /s/                                                          |
| 15|                          | CHARLES WOODSON<br>Counsel for Marvin Osegueda Saravia       |
| 16| DATED: July 9 , 2021     | /s/                                                          |
| 17|                          | MARK VERMEULEN<br>Counsel for Kevin Ramirez Valencia         |
| 18| DATED: July 9, 2021      | /s/                                                          |
| 19|                          | GREGOR GUY-SMITH<br>Counsel for Alexis Cruz Zepeda           |
| 20| DATED: July 9, 2021      | /s/                                                          |
| 21|                          | DENA YOUNG<br>Counsel for Kevin Guatemala Zepeda             |
| 22| //                       |                                                              |
| 23| //                       |                                                              |
| 24| //                       |                                                              |
| 25| //                       |                                                              |
| 26| //                       |                                                              |
| 27| //                       |                                                              |
| 28| //                       |                                                              |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based upon the facts set forth in the stipulation of the parties and for good cause shown, the |
| 3 | Court finds that failing to exclude the time from May 17, 2021 through July 19, 2021 would |
| 4 | unreasonably deny defense counsel and the defendant the reasonable time necessary for effective |
| 5 | preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The |
| 6 | Court further finds that this case is so complex, due to the number of defendants and the nature of the |
| 7 | prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the |
| 8 | trial itself within the otherwise-applicable time limits, within the meaning of 18 U.S.C. |
| 9 | § 3161(h)7)(B)(ii). |
| 10 | The Court concludes that the ends of justice served by excluding the time from May 17, 2021 |
| 11 | through July 19, 2021 from computation under the Speedy Trial Act outweigh the best interests of the |
| 12 | public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS |
| 13 | HEREBY ORDERED that the time from May 17, 2021 through July 19, 2021 shall be excluded from |
| 14 | computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv). |
| 15 | IT IS SO ORDERED. |
| 17 | DATED: July 9, 2021 |
| 18 | HON. RICHARD SEEBORG<br>Chief United States District Judge |